UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 08-60111 - CIV- GRAHAM/TURNOFF

| | |
|---|---|
| ROBERT D. DANCE, et al. Individually and on Behalf of All other Similarly Situated, ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) ) | Deadline to file motions:   COMPLETE Pretrial Conference: Calendar Call: |
| LEVITT CORPORATION (*d/b/a* WOODBRIDGE HOLDING CORPORATION), and ALAN B. LEVAN, ) ) ) ) | Trial Period: No. of extension requests: Referred to Magistrate:   No |
| Defendants. ) ) ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE SECOND AMENDED COMPLAINT**

Plaintiff Robert D. Dance, pursuant to Southern District of Florida Rule 7.1.A, moves for a one-week extension of time  - from September 11, 2009 to September 18, 2009 - to file his Second Amended Complaint in this matter.  In support of this motion, plaintiff states the following:

1.      The requested one-week extension is not sought for purposes of unreasonable delay, and will not prejudice any party to this lawsuit.  It is brought so the parties can confer as to the content of the Second Amended Complaint regarding whether it conforms to the Court's August 11, 2009 Order and whether the Second Amended Complaint contains allegations to form the basis of a Motion to Dismiss.

2. The undersigned counsel has communicated with counsel for the defendants who indicated that defendants do not oppose the requested extension.

3. Because plaintiff will be filing a Second Amended Complaint, Defendants need not respond to the Amended Complaint in this matter. Defendants' time to respond to plaintiff's Second Amended Complaint would be extended to forty-five (45) days from the filing of the Second Amended Complaint.

4. Accordingly, plaintiff requests a one-week extension, to and including, September 18, 2009, to file his Second Amended Complaint. A proposed order is provided for the Court's consideration.

## CERTIFICATE OF CONFERENCE PURSUANT TO RULE 7.1

The undersigned counsel, pursuant to Southern District of Florida Rule 7.1.A.3, hereby certifies that he contacted counsel for defendants, Richard Jackson, Esq., Stearns Weaver Miller Weissler Alhadeff & Sitterson, to discuss the extension sought herein, and is authorized to state that the defendants do not oppose the requested extension.

DATED: September 11, 2009                     Respectfully submitted,

**BERMAN DeVALERIO**

 /s/  Manuel J. Dominguez
Manuel J. Dominguez (FBN: 0054798)
mdominguez@bermandevalerio.com
4280 Professional Center Drive
Suite 350
Palm Beach Gardens, FL 33410
Tel: 561/835-9400
Fax: 561/835-0322
*Liaison Counsel for the Class*

KIRBY McINERNEY LLP
Daniel Hume (admitted *pro hac vice*)
dhume@kmllp.com
Ira M. Press (admitted *pro hac vice*)
ipress@kmllp.com
825 Third Avenue, 16th Floor

          New York, NY  10022
          Tel: (212) 371-6600
          Fax: (212) 751-2540
          *Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11th day of September, 2009, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send Notices of Electronic Filing to all counsel of record identified on the attached Service List.

          s/ Manuel J. Dominguez
          Manuel J. Dominguez

*Robert D. Dance v. Levitt Corp., et al.*
Case No. 08-cv-60111-GRAHAM/TURNOFF

## SERVICE LIST

Manuel J. Dominguez
mdominguez@bermandevalerio.com
Michael J. Pucillo
mpucillo@bermanesq.com
BERMAN DeVALERIO
4280 Professional Center Dr.
Suite 350
Palm Beach Gardens, FL 33410
Tel:    561/835-9400
Fax:    561/835-0322

Attorneys for Plaintiffs

Daniel Hume
dhume@kmllp.com
Ira M. Press
ipress@kmllp.com
KIRBY McINERNEY LLP
830 Third Avenue, 10th Floor
New York, NY   10022
Tel: 212.371.6600Fax: 212.751.2540

Attorneys for Plaintiffs

Samuel H. Rudman
srudman@lerachlaw.com
David A. Rosenfeld
drosenfeld@csgrr.com
COUGHLIN STOIA GELLER RUDMAN
  & ROBBINS LLP
58 S. Service Road
Suite 200
Melville, N^Y 11747
Tel:    631/367-7100
Fax:    631/367-1173

Attorneys for Plaintiffs

Paul J. Geller
pgeller@csgrr.com
David J. George
dgeorge@csgrr.com
Jack Reise
jreise@csgrr.com
COUGHLIN STOIA GELLER RUDMAN
  & ROBBINS LLP
120 E. Palmetto Park Road
Suite 500
Boca Raton, FL 33432
Tel:    561/750-3000
Fax:    561/750-3364

Attorneys for Plaintiff Robert D. Dance

Eugene E. Stearns
estearns@swmwas.com
Richard B. Jackson
rjackson@swmwas.com
Adam M. Schachter
aschachter@swmwas.com
STEARNS WEAVER MILLER WEISSLER
  ALHADEFF & SITTERSON
150 W. Flagler Street
Suite 2200
Miami, FL 33130
Tel:    305/789-3200
Fax:    305/789-3395

Attorneys for Defendants Levitt Corporation, Alan B. Levan and George P. Scanlon