UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
CASE NO. 08-60111-CIV-GRAHAM

ROBERT D. DANCE, et al., individually and
on behalf of all others similarly situated,

              Plaintiff,

vs.

LEVITT CORP. (d/b/a WOODBRIDGE
HOLDING CORPORATION), and
ALAN B. LEVAN,

              Defendants.
_____/

Deadline to file substantive pretrial motions: __/__/__
Deadline for resolution of substantive Pretrial Motions: __/__/__
Pretrial Conference: __/__/__
Trial Date: __/__/__
No. of extension requests:____
Referred to Magistrate: Yes/No

**[Proposed] Scheduling Order**

Pursuant to Fed. R. Civ. P. Rules 16(b) and 26, the parties to the above-entitled action jointly submit this [Proposed] Scheduling Order:

**1.** **Amendment of Pleadings**: Any motions to amend the pleadings shall be governed by the Federal Rules of Civil Procedure.

**2.** **Case Management Track**: Pursuant to S.D. Fla. Local Rule 16.1.A.2, the parties agree that this case should proceed on the Complex Track.

**3.** **Class Certification**: Plaintiff shall move for class certification pursuant to Fed. R. Civ. P. 23 within three (3) months after the Court enters this order. At that time, the parties will confer on a schedule for briefing.

4. **Discovery**

   a. **Fact Discovery**:

      i. The parties expect to exchange initial disclosures within twenty-one (21) days of this order unless they agree otherwise.

      ii. The parties may serve discovery requests on or after fourteen (14) days after the parties' exchange initial disclosures.

      iii. Fact discovery shall be complete within twelve (12) months of the entry of this order.

   b. **Electronically-Stored Information**: The parties will attempt to reach agreement concerning the production of electronically-stored information.

   c. **Expert Discovery:**

      i. Exchange of expert reports in accordance with Fed. R. Civ. P. 26(a)(2) by all parties will be made sixty (60) days after the close of fact discovery.

      ii. Exchange of rebuttal reports by all parties will be made forty-five (45) days after the exchange of expert reports.

      iii. Depositions of all parties' experts will take place within forty-five (45) days after exchange of the rebuttal reports.

5. **Joinder of Parties**: The deadline for joining additional parties is ninety (90) days prior to the close of fact discovery.

6. **Likelihood of Settlement**: Currently, the parties do not believe settlement of this matter is likely but agree to discuss the matter further.

7. **Magistrate Referral**: The parties do not consent to referral of this matter to a Magistrate Judge.

  **8.**  **Dispositive Motions**:  All dispositive motions other than motions *in limine* must be filed within sixty (60) days after the close of all discovery.

  **9.**  **Pretrial Conference**: _____

  **10.**  **Trial Date**: _____ The parties' preliminary estimate is that trial in this matter will take approximately two weeks.

  **11.**  **Rules of Practice**:  The Court's Individual Rules of Practice shall govern all motions and applications.

  **SO ORDERED ON** _____, 2009.


                  _____
                  DONALD L. GRAHAM
                  UNITED STATES DISTRICT JUDGE

  Pursuant to the CM/ECF Administrative Procedures, I, Manuel J. Dominguez, hereby certify that Defendants' counsel has authorized me to represent to the Court that Defendants consent to submission of the foregoing [Proposed] Scheduling Order.

                  Respectfully submitted,

| | |
|---|---|
| STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A. | ADAM M. SCHACHTER Florida Bar No. 647101 aschachter@swmwas.com |
| Museum Tower, Suite 2200 | GORDON M. MEAD, JR. |
| 150 West Flagler Street | Florida Bar No. 49896 |
| Miami, Florida 33130 | gmead@swmwas.com |
| Telephone:  (305) 789-3200 | |
| Facsimile:   (305) 789-3395 | *Attorneys for Defendants* |
| | BERMAN DEVALERIO |
| s/ Eugene E. Stearns | 4280 Professional Center Dr., Ste. 350 |
| EUGENE E. STEARNS | Telephone:  (561) 835-9400 |
| Florida Bar No. 149335 | Facsimile:  (561) 835-0322 |
| estearns@swmwas.com | |
| RICHARD B. JACKSON | s/ Manuel J. Dominguez |
| Florida Bar No. 898910 | Manuel J. Dominguez |
| rjackson@swmwas.com | Florida Bar No. 0054798 |

        jdominguez@bermandevalerio.com

        *Liaison Counsel for the Putative Class*

        Daniel Hume, *pro hac vice*
        dhume@kmllp.com
        Ira M. Press, *pro hac vice*
        ipress@kmllp.com
        KIRBY McINERNEY LLP
        825 Third Avenue, 16th Floor
        New York, NY 10022
        Telephone: (212) 371-6600
        Facsimile: (212) 751-2540

        *Lead Counsel for the Putative Class*

## CERTIFICATE OF SERVICE VIA ECF

I hereby certify that on November 3, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

        s/ Manuel J. Dominguez

*Robert D. Dance v. Levitt Corp., et al.*
Case No. 08-cv-60111-GRAHAM/TURNOFF

**SERVICE LIST**

Manuel J. Dominguez
mdominguez@bermandevalerio.com
Michael J. Pucillo
mpucillo@bermanesq.com
BERMAN DeVALERIO
4280 Professional Center Dr.
Suite 350
Palm Beach Gardens, FL 33410
Tel:   561/835-9400
Fax:   561/835-0322

Attorneys for Plaintiffs
[VIA CM/ECF]

Daniel Hume
dhume@kmllp.com
Ira M. Press
ipress@kmllp.com
KIRBY McINERNEY LLP
830 Third Avenue, 10th Floor
New York, NY   10022
Tel: 212.371.6600  Fax: 212.751.2540

Attorneys for Plaintiffs

Samuel H. Rudman
srudman@lerachlaw.com
David A. Rosenfeld
drosenfeld@csgrr.com
COUGHLIN STOIA GELLER RUDMAN
  & ROBBINS LLP
58 S. Service Road
Suite 200
Melville, N^Y 11747
Tel:   631/367-7100
Fax:   631/367-1173

Attorneys for Plaintiffs

Paul J. Geller
pgeller@csgrr.com
David J. George
dgeorge@csgrr.com
Jack Reise
jreise@csgrr.com
COUGHLIN STOIA GELLER RUDMAN
  & ROBBINS LLP
120 E. Palmetto Park Road
Suite 500
Boca Raton, FL 33432
Tel:   561/750-3000
Fax:   561/750-3364

Attorneys for Plaintiff Robert D. Dance

Eugene E. Stearns
estearns@swmwas.com
Richard B. Jackson
rjackson@swmwas.com
Adam M. Schachter
aschachter@swmwas.com
STEARNS WEAVER MILLER WEISSLER
  ALHADEFF & SITTERSON
150 W. Flagler Street
Suite 2200
Miami, FL 33130
Tel:   305/789-3200
Fax:   305/789-3395

Attorneys for Defendants Levitt Corporation, Alan B. Levan and George P. Scanlon