**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION**

Case No. 08-60111-CIV-GRAHAM/McALILEY

| | |
|---|---|
| ROBERT D. DANCE, et al. Individually and on behalf of all others Similarly Situated, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| LEVITT CORPORATION (*d/b/a* WOODBRIDGE HOLDING CORPORATION), and ALAN B. LEVAN, | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Lead Plaintiff, Robotti & Company, LLC and Robotti & Company Advisors, LLC (collectively "Lead Plaintiff"), by its counsel, hereby respectfully moves this Court to: (1) certify this securities fraud action as a class action under Rule 23 of the Federal Rules of Civil Procedure on behalf of all persons and entities that purchased or acquired Levitt Corporation securities between January 31, 2007 and August 14, 2007, as further defined in Lead Plaintiff's accompanying Memorandum of Law ("Class"); (2) certify Lead Plaintiff as the representative of the Class; and (3) certify Kirby McInerney LLP and Berman DeValerio as Lead Counsel and Liaison Counsel, respectively, for the Class.

Dated: April 9, 2010               Respectfully submitted,

**BERMAN DeVALERIO**

By:    /s/ Manuel J. Dominguez
       Manuel J. Dominguez (FBN 0054798)
       mdominguez@bermandevalerio.com

Michael J. Pucillo (FBN 261033)
mpucillo@bermandevalerio.com
4280 Professional Center Drive
Suite 350
Palm Beach Gardens, FL 33410
Tel:    (561) 835-9400
Fax:    (561) 835-0322

*Liaison Counsel and Attorney for Plaintiff*


KIRBY McINERNEY LLP
Daniel Hume, *pro hac vice*
Ira M. Press, *pro hac vice*
825 Third Avenue, 16th Floor
New York, NY 10022
Tel:    (212) 371-6600
Fax:    (212) 751-2540
dhume@kmllp.com
ipress@kmllp.com

*Lead Counsel and Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Manuel J. Dominguez, certify that on April 9, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner of those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Manuel J. Dominguez
Manuel J. Dominguez

*Robert D. Dance, et al., v. Levitt Corp., et al.*
Case No. 08-60111-CIV-GRAHAM/McALILEY

**SERVICE LIST**

Eugene E. Stearns
estearns@swmwas.com
Richard B. Jackson
rjackson@swmwas.com
Adam M. Schacter
aschacter@swmwas.com
STEARNS WEAVER MILLER WEISSLER
  ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:  (305) 789-3200
Facsimile:   (305) 789-3395
ECF Notification

*Attorneys for Defendants Levitt Corporation, and Alan B. Levan*


Manuel J. Dominguez
mdominguez@bermandevalerio.com
BERMAN DEVALERIO
4280 Professional Center Drive; Suite 350
Palm Beach Gardens, FL 33410
Telephone:  (561) 835-9400
Facsimile:  (561) 835-0322
ECF Notification

*Liaison Counsel and Attorney for Plaintiffs*

Abigail Romeo
aromeo@bermandevalerio.com
BERMAN DEVALERIO
One Liberty Square
Boston, MA 02109
Phone: (617) 542-8300
Fax: (617) 542-1194
ECF Notification

*Liaison Counsel and Attorney for Plaintiffs*

Daniel Hume, *pro hac vice*
dhume@kmllp.com
Ira M. Press, *pro hac vice*
ipress@kmllp.com
KIRBY McINERNEY LLP
825 Third Avenue, 16th Floor
New York, NY 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540
ECF Notification

*Lead Counsel and Attorneys for Plaintiffs*

Paul J. Geller
pgeller@rgrdlaw.com
David J. George
dgeorge@rgrdlaw.com
Jack Reise
jreise@rgrdlaw.com
ROBINS GELLER RUDMAN & DOWD LLP
120 E. Palmetto Park Road
Suite 500
Boca Raton, FL 33432
Telephone:  (561) 750-3000
Facsimile:  (516) 750-3364
ECF Notification

*Attorneys for Robert D. Dance*

Samuel H. Rudman
srudman@rgrdlaw.com
David A. Rosenfeld
drosenfeld@rgrdlaw.com
ROBINS GELLER RUDMAN & DOWD LLP
58 S. Service Road
Suite 200
Melville, NY 11747
Telephone:  (631) 367-7100
Facsimile:  (631) 367-1173
ECF Notification

*Attorneys for Robert D. Dance*