UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CIV-60111-GRAHAM/TURNOFF

ROBERT D. DANCE, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

LEVITT CORPORATION (*d/b/a* WOODBRIDGE
HOLDINGS, LLC), and ALAN B. LEVAN,

    Defendants.
_____/

**DEFENDANTS' RESPONSE TO PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION**

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Eugene E. Stearns
Richard B. Jackson
Adam M. Schachter
Gordon M. Mead, Jr.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395
*Attorneys for Defendants*

Defendants Woodbridge Holdings, LLC ("Woodbridge")[1] and Alan Levan take issue with the recitation of facts set forth in Plaintiff's motion for class certification, as many of the averments contained therein are categorically untrue. Defendants also believe the underlying legal claims to be completely without merit. At present, Defendants do not take a position on Plaintiff's motion for class certification, and reserve all rights to later move to alter or amend any class certification order under Rule 23(c)(1)(C) should the circumstances warrant such a motion.

In order to address those class certification issues promptly, on April 21, 2010, Defendants moved unopposed for an extension of time within which to respond to Plaintiff's motion for class certification. *See* DE 70. As reflected in the motion, the parties agreed that discovery relating to class certification issues would be appropriate in this case, and further agreed that a sixty-day extension of time to respond to the motion for class certification, up through and including June 25, 2010, would allow for the efficient completion of the class discovery and then preparation and submission of Defendants' response. Toward that end, Defendants recently served a set of requests for production of documents, to be followed shortly thereafter with the deposition of the Lead Plaintiff. The Court has not yet ruled on the motion. Defendants' renew the request for an extension of time so that the relevant legal and factual issues can be fully briefed for the Court's consideration.

---

[1] In May 2007, Levitt Corporation changed its name to Woodbridge Holdings Corporation. As of September 21, 2009, Woodbridge Holdings Corporation was merged with and into Woodbridge Holdings, LLC, a wholly-owned subsidiary of BFC Financial Corporation.

Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:  (305) 789-3200
Facsimile:   (305) 789-3395

 s/ Eugene E. Stearns
EUGENE E. STEARNS
Florida Bar No. 149335
estearns@stearnsweaver.com
RICHARD B. JACKSON
Florida Bar No. 898910
rjackson@stearnsweaver.com
ADAM M. SCHACHTER
Florida Bar No. 647101
aschachter@stearnsweaver.com
GORDON M. MEAD, JR.
Florida Bar No. 49896
gmead@stearnsweaver.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2010 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or other approved means.

s/ Adam M. Schachter
ADAM M. SCHACHTER

285456.1

-4-

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200

-5-

**SERVICE LIST**
*Dance v. Levitt Corp., et al.*
CASE NO. 08-CIV-60111-GRAHAM/TURNOFF
United States District Court for the Southern District of Florida

Manuel J. Dominguez
mdominguez@bermandevlerio.com
Michael J. Pucillo
mpucillo@bermanesq.com
BERMAN DeVALERIO
4280 Professional Center Dr.
Suite 350
Palm Beach Gardens, FL 33410
Tel: (561) 835-9400
Fax: (561) 835-0322
*Attorneys for Plaintiff*

Daniel Hume
dhume@kmllp.com
Ira M. Press
ipress@kmllp.com
KIRBY McINERNEY LLP
825 Third Avenue, 16th Floor
New York, NY 10022
Tel: (212) 371-6600
Fax: (212) 751-2540
*Attorneys for Plaintiff*

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200