UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CIV-60111-GRAHAM/McALILEY

ROBERT D. DANCE, individually and on behalf of all others similarly situated,

   Plaintiff,

v.

LEVITT CORPORATION (*d/b/a/* WOODBRIDGE HOLDINGS, LLC), and ALAN B. LEVAN,

   Defendants.

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE THAT plaintiff hereby submits for filing a true and correct copy of the Declaration of Robert J. Sullivan and Marshall Serwitz in support of plaintiffs' motion for class certification dated June 17, 2010 together with its certificate of service.

Dated: June 21, 2010      Respectfully submitted,

           **BERMAN DeVALERIO**

     By: /s/ Manual J. Dominguez
       Manuel J. Dominguez (FBN 0054798)
       mdominguez@bermandevalerio.com
       Michael J. Pucillo (FBN 261033)
       mpucillo@bermandevalerio.com
       4280 Professional Center Drive
       Suite 350
       Palm Beach Gardens, FL  33410
       Tel: (561) 835-9400
       Fax: (561) 835-0322

**KIRBY McINERNEY LLP**
Daniel Hume, *pro hac vice*
dhume@kmllp.com
Ira M. Press, *pro hac vice*
Ipress@kmllp.com
Mark A. Strauss, *pro hac vice*
mstrauss@kmllp.com
825 Third Avenue, 16th Floor
New York, NY  10022
Tel:   (212) 371-6600
Fax:  (212) 751-2540

*Lead Counsel and Attorney for Lead Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CIV-60111-GRAHAM/McALILEY

| | |
|---|---|
| ROBERT D. DANCE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEVITT CORPORATION (*d/b/a/* WOODBRIDGE HOLDINGS, LLC), and ALAN B. LEVAN,<br><br>Defendants. | DECLARATION OF ROBERT J. SULLIVAN AND MARSHALL SERWITZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

**ROBERT J. SULLIVAN** and **MARSHALL SERWITZ** declare as follows:

1. We are co-trustees of the Sullivan & Serwitz 401 Profit Sharing Plan (the "Plan"). We make this declaration in support of Lead Plaintiffs' motion for class certification, and specifically to address the challenge to Lead Plaintiffs' standing that has been raised by defendants in opposition to the motion. We are the Plan's sole trustees, and as such are authorized to make this declaration on its behalf.

2. Since approximately October 2007, Lead Plaintiff Robotti & Company Advisors, LLC ("Robotti") has served as investment advisor with respect to two accounts maintained by the Plan.[1] In this regard, the Plan has appointed Robotti to manage those accounts on a fully discretionary basis. In that capacity, we have granted Robotti unrestricted decision-making authority to act in connection with the investments in the accounts. As part of those duties, all investment

---

[1] The accounts are for the benefit of us individually as Plan participants. The account names are "Sullivan & Serwitz 401K PSP FBO Robert J. Sullivan" and "Sullivan & Serwitz Profit Sharing and Pension Plan FBO Marshall Serwitz."

decisions with respect to the purchases and sales of securities in the accounts have been made by Robotti. We have played no role in these investment decisions.

3. The Plan has also expressly appointed Robotti as its agent and attorney-in-fact to bring and defend actions and proceedings with respect to our accounts and the purchases, sales and holdings of securities therein. As such, the Plan has expressly authorized Robotti to pursue this lawsuit in order to recover the losses that the Plan suffered in connection with its transactions in Levitt Corporation stock. Copies of the authorizations executed by the Plan in this regard are annexed as Exhibit A.

4. In the event that the Court determines that Robotti's discretionary trading authority and authorization to institute legal proceedings on the Plan's behalf are not sufficient to enable Robotti to pursue the claims in this case, we hereby advise the Court that the Plan is ready, willing and able to (a) assign and transfer all right, title and interest in its claims and causes of action with respect to its transactions in Levitt stock to Robotti, and/or (b) join this action as a plaintiff and class representative. We are willing to take whichever course of action the Court deems most appropriate in this regard.

5. We have reviewed the Second Amended Class Action Complaint in this case and, on behalf of the Plan, have retained Kirby McInerney, LLP, and such co-counsel with which it may deem appropriate to associate, to pursue this action on a contingent fee basis should the Court determine that Robotti lacks standing to pursue this action and that any such lack of standing is appropriately cured by our joining the case as an additional and/or substitute plaintiff.

6. In the aforementioned event, the Plan is willing to serve as a representative party on behalf of the class, including providing, through a duly authorized representative, testimony at

2

deposition and trial, if necessary.

7. The transactions in Levitt stock executed on behalf of the Plan by Robotti are set forth in the schedule attached as Exhibit B.

8. The Plan did not purchase any Levitt stock at the direction of plaintiff's counsel or in order to participate in this private action.

9. During the three years prior to the date of this certification, the Plan has not sought to serve as a class representative in any action filed under the federal securities laws.

10. Neither we nor the Plan will accept any payment for serving as a representative party on behalf of the class beyond the Plan's pro rata share of any class recovery, except as ordered or approved by the Court.

We declare under penalty of perjury that the foregoing is true and correct.

Dated: Los Altos, California
June 17, 2010

_____
Robert Sullivan

_____
Marshall Serwitz

3

## CERTIFICATE OF SERVICE

I, Manuel J. Dominguez, certify that on June 21, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner of those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  /s/ Manuel J. Dominguez
                                                   Manuel J. Dominguez

*Robert D. Dance, et al., v. Levitt Corp., et al.*
Case No. 08-60111-CIV-GRAHAM/McALILEY

## SERVICE LIST

Eugene E. Stearns
estearns@swmwas.com
Richard B. Jackson
rjackson@swmwas.com
Adam M. Schachter
aschacter@swmwas.com
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395
ECF Notification

*Attorneys for Defendants Levitt Corporation, and Alan B. Levan*

Paul J. Geller
pgeller@rgrdlaw.com
David J. George
dgeorge@rgrdlaw.com
Jack Reise
jreise@rgrdlaw.com
ROBINS GELLER RUDMAN & DOWD LLP
120 E. Palmetto Park Road
Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (516) 750-3364
ECF Notification

*Attorneys for Robert D. Dance*

Manuel J. Dominguez
mdominguez@bermandevalerio.com
BERMAN DEVALERIO
4280 Professional Center Drive; Suite 350
Palm Beach Gardens, FL 33410
Telephone: (561) 835-9400
Facsimile: (561) 835-0322
ECF Notification

*Liaison Counsel and Attorney for Plaintiffs*

Samuel H. Rudman
srudman@rgrdlaw.com
David A. Rosenfeld
drosenfeld@rgrdlaw.com
ROBINS GELLER RUDMAN & DOWD LLP
58 S. Service Road
Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173
ECF Notification

*Attorneys for Robert D. Dance*

Daniel Hume, *pro hac vice*
dhume@kmllp.com
Ira M. Press, *pro hac vice*
ipress@kmllp.com
Mark A. Strauss
mstrauss@kmllp.com
KIRBY McINERNEY LLP
825 Third Avenue, 16th Floor
New York, NY 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540
ECF Notification

*Lead Counsel and Attorneys for Plaintiffs*

# Exhibit A

Addendum to
Advisory Agreement of
Robotti & Company Advisors, LLC ("RC&A")
and the client named below (the "Client")

Whereas, R&CA and the client have entered into an agreement (the "Agreement") pursuant to which the client authorized R&CA to act as investment advisor for an advisory account (the "Account") of the Client with authority to make trading decisions for the securities and cash in the Account; and

Whereas, R&CA and the Client desire to amend the Agreement to explicitly permit R&CA to sue and defend on the Client's behalf with respect to securities or transactions in the Account, as more particularly set forth below.

Now, therefore, in consideration of the premises provided for herein, R&CA and the client hereby agree as follows:

The Client hereby appoints R&CA as Client's agent and attorney-in-fact to bring and defend actions and proceedings at law or in equity or before any governmental, administrative or other regulatory agency, body or commission ("Legal Proceedings"), with respect to Client's Account and/or the purchases, sales, or holding of securities and other instruments therein. Notwithstanding the foregoing, R&CA shall neither advise nor act on behalf of the Client in Legal Proceedings maintained by others with respect to the securities and other instruments currently or previously held in Client's Account. In addition, R&CA shall not perform any ministerial acts for making or perfecting Client's own claims in connection with any Legal Proceeding, including, but not limited to, the filing of "Proofs of Claim" in class action settlements. If desired, the Clients may direct R&CA to transmit copies of class action notices to the Client or a third party. Upon such direction, R&CA will make commercially reasonable efforts to forward such notices in a timely manner.

Except as specifically set forth herein, the Agreement shall remain in full force and effect.

This Addendum shall be governed by the laws of the State of New York without reference to the conflicts of laws principles thereof.

Dated: March 25, 2008

Client: __Robert J. Sullivan and Marshall Serwitz, TTEES__   Account #: __8619-5824__
        (print Client's name)

Account Name: __Sullivan & Serwitz Profit Sharing and Pension Plan FBO Marshall Serwitz__

Robotti & Company Advisors, LLC                 Client

By: _____                     _____
Name: R. Robotti                                (for individuals)
Title: CEO                                      By: _____
                                                Name: Robert J. Sullivan
                                                Title: Plan trustee
                                                (for entities)

Addendum to
Advisory Agreement of
Robotti & Company Advisors, LLC ("RC&A")
and the client named below (the "Client")

Whereas, R&CA and the client have entered into an agreement (the "Agreement") pursuant to which the client authorized R&CA to act as investment advisor for an advisory account (the "Account") of the Client with authority to make trading decisions for the securities and cash in the Account; and

Whereas, R&CA and the Client desire to amend the Agreement to explicitly permit R&CA to sue and defend on the Client's behalf with respect to securities or transactions in the Account, as more particularly set forth below.

Now, therefore, in consideration of the premises provided for herein, R&CA and the client hereby agree as follows:

The Client hereby appoints R&CA as Client's agent and attorney-in-fact to bring and defend actions and proceedings at law or in equity or before any governmental, administrative or other regulatory agency, body or commission ("Legal Proceedings"), with respect to Client's Account and/or the purchases, sales, or holding of securities and other instruments therein. Notwithstanding the foregoing, R&CA shall neither advise nor act on behalf of the Client in Legal Proceedings maintained by others with respect to the securities and other instruments currently or previously held in Client's Account. In addition, R&CA shall not perform any ministerial acts for making or perfecting Client's own claims in connection with any Legal Proceeding, including, but not limited to, the filing of "Proofs of Claim" in class action settlements. If desired, the Clients may direct R&CA to transmit copies of class action notices to the Client or a third party. Upon such direction, R&CA will make commercially reasonable efforts to forward such notices in a timely manner.

Except as specifically set forth herein, the Agreement shall remain in full force and effect.

This Addendum shall be governed by the laws of the State of New York without reference to the conflicts of laws principles thereof.

Dated: March 25, 2008

Client: _____Robert Sullivan_____     Account #: ___5189-3910___
(print Client's name)

Account Name: _____Sullivan & Serwitz 401K PSP FBO Robert J. Sullivan_____

Robotti & Company Advisors, LLC            Client

By: _____              _____
Name: R. Robotti                          (for individuals)
Title: CEO
                                          By: _____
                                          Name: Robert J. Sullivan
                                          Title: Plan Trustee
                                          (for entities)

# Exhibit B

## Global Security Reconciliation
From 01/01/2005 to 01/25/2008

Set: Sullivan & Serwiz Plans (SS Plan)

| Trade Date | Activity | Quantity | Principal Amount | Principal Unit Cost | Gross Proceeds | Unit Gross Proceeds |
|---|---|---|---|---|---|---|
| **Equities** | | | | | | |
| *Woodbridge Hldgs Cp New (WDGH)* | | | | | | |
| **Sullivan & Serwitz PSP, FBO Marshall Serwitz,** | | | | | | |
| 03/09/2007 | Buy | 1,320 | 15,160.20 | 11.4850 | | |
| 03/12/2007 | Buy | 4,330 | 49,404.00 | 11.4097 | | |
| 10/05/2007 | Buy | 28,484 | 56,968.00 | 2.0000 | | |
| 10/05/2007 | Buy | 5,697 | 11,394.00 | 2.0000 | | |
| | Ending Shares | 39,831 | | | | |
| **Sullivan, FBO Robert** | | | | | | |
| 03/01/2007 | Buy | 450 | 5,741.91 | 12.7598 | | |
| 03/09/2007 | Buy | 600 | 6,891.00 | 11.4850 | | |
| 10/05/2007 | Buy | 1,059 | 2,118.00 | 2.0000 | | |
| 10/05/2007 | Buy | 5,294 | 10,588.00 | 2.0000 | | |
| | Ending Shares | 7,403 | | | | |
| | | 47,234 | | | | |