UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 08-60111-CIV-GRAHAM/McALIELY

ROBERT D. DANCE, et al. Individually
and on behalf of others similarly
situated,

    Plaintiffs,

v.

LEVITT CORP. (d/b/a WOODBRIDGE HOLDING
CORPORATION),and ALAN B. LEVAN,

    Defendants.
_____/

## ORDER GRANTING CLASS CERTIFICATION AND EXTENDING PRETRIAL DEADLINES

**THIS CAUSE** came before the Court upon Substitute Lead Plaintiff's Motion for Class Certification [D.E. 98] and the Parties Joint Motion to Extend Pretrial Deadlines [D.E. 101].

**THE COURT** has considered the Motion, the pertinent portions of the record, and is otherwise fully advised in the premises.

The Court finds pursuant to Rule 23(a) that the Class is so numerous that joinder of all members is impracticable; that there are questions of law or fact common to the Class; that the Class Representatives' claims are typical of the claims of other members of the Class; and that the Class Representatives will fairly and adequately represent other members of the Class. The Court also finds pursuant to Rule 23(b)(3), that common questions of law and fact predominate over the questions affecting only individual members of the class and that a class action is superior to other methods for the

fair and efficient adjudication of this action.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion [D.E. 98] is **GRANTED**, as follows:

1. This action is certified under Federal Rule of Civil Procedure 23(c)(1), on behalf of a class consisting of all persons and entities that purchased or acquired Levitt Corporation ("Levitt") securities between January 31, 2007 and August 14, 2007 ("Class Period"), and who suffered damages thereby ("Class"). Excluded from the Class are: (I) the Defendants; (ii) any person who was a director, officer or employee or Levitt; (iii) the members of the family of each of the Individual Defendants; (iv) any entity in which any Defendants have a controlling interest, (v) the legal affiliates, representatives, heirs, controlling persons, successors and predecessors-in interest, or assigns of any such excluding party.
2. Lead Plaintiff Sullivan & Serwitz 401(K) Profit Sharing Plan is hereby certified as "Class Representatives" on behalf of the Class.
3. The law firms of Kirby McInerney LLP and Berman DeValerio are designated as Lead Counsel and Liaison Counsel, respectively, for the Class. It is further

**ORDERED AND ADJUDGED** that the Parties Joint Motion to Extend Pretrial Deadlines [D.E. 101] is **GRANTED** in part. All pretrial deadlines in this case are extended by six (6) months. An Amended Scheduling Order will be entered by separate Order. The Court intends to promptly set a schedule by which all discovery and other pretrial proceedings in this Action will be concluded and the case ready for trial and/or disposition by motion. Accordingly, the parties shall meet and confer with the view of reaching an agreement on a comprehensive schedule to accomplish this goal. As this case was filed January 25, 2008, no further continuances or extensions should be awarded. This matter will be tried as scheduled in the forthcoming Amended Scheduling Order. The parties are directed to exhort every effort necessary to resolve the case per the deadlines set forth in the Court's Amended Scheduling Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of December, 2010.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record