UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by HCG D.C.

MAY 02 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Case No.: 08-60111-CIV-GRAHAM/McALILEY

ROBERT D. DANCE, Individually and On Behalf
of All Others Similarly Situated

        Plaintiff,

vs.

LEVITT CORPORATION (d/b/a
WOODBRIDGE HOLDING CORPORATION),
and ALAN B. LEVAN,

        Defendants.

_____/

## MEDIATION REPORT

The undersigned mediator hereby reports that the parties in the above case were able to settle their dispute.

Respectfully submitted this 14 day of April, 2011.

                              **WETHERINGTON, KLEIN & HUBBART, P.A.**
                              2655 LeJeune Road, PH1-G
                              Coral Gables, Florida 33134
                              Telephone: 305-374-0650
                              Facsimile: 305-374- 4933

                              Gerald T. Wetherington

Case No.: 08-60111-CIV-GRAHAM/McALILEY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent via U.S. mail on April 14, 2011 to the following parties:

Daniel Hume, Esq.
Kirby McInerney LLP
825 Third Avenue, 16th Floor
New York, NY 10022

Clerk of Court
Dade County Courthouse
73 West Flagler Street
Miami, FL 33130

Eugene E. Stearns, Esq.
Stearns Weaver, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, FL 33130

_____
Gerald T. Wetherington
Mediator